Debtor's Name: _Kesi Shemtov_

# Request for 30-Day Temporary Waiver of the Credit Counseling Requirement

*To ask for a 30-day temporary waiver of the credit counseling requirement, you must explain what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.*

_Because they want the auction the building_

Date: _3/30/17_

Debtor's Signature