UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                      Case No.  17-41547 (CEC)

Yosi Shemtov aka Easternbhmechanical,                       Chapter 13
                        Debtor(s).
-------------------------------------------------------------x

### <u>ORDER APPROVING THIRTY-DAY EXEMPTION</u>

Upon the debtor's request, under Section 109(h)(3) of the Bankruptcy Code, for a temporary exemption from the requirement that, during the 180 day period preceding the date of the filing of a petition, a debtor must receive an individual or group briefing from an approved nonprofit budget and credit counseling agency (the "Credit Counseling Requirement"), as described more fully in section 109(h)(1) of the Bankruptcy Code, it is hereby

ORDERED, that the debtor's request is granted.  The debtor is granted a temporary exemption from the Credit Counseling Requirement, which exemption shall expire on May 1, 2017.



**Dated: Brooklyn, New York**
**March 30, 2017**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**